UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

CHRISTIAN L. LINDBLAD,

        Plaintiff,

  v.

A. HEDGPETH et al,

        Defendant.

Case Number: CV09-03839 CRB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 15, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Christian L. Lindblad Prisoner Id F10549
Pleasant Valley State Prison
Facility D3/109 Upper
P.O. Box 8500
Coalinga, CA 93210

Dated: March 15, 2010

        Richard W. Wieking, Clerk

        *Frank Justiliano*

        By: Frank Justiliano, Deputy Clerk