UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN L. LINDBLAD,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>A. HEDGPETH, Warden, et al.,<br><br>　　　　Defendant. | Case Number: CV09-03839 CRB<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 11, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Christian L. Lindblad Prisoner Id F10549
Pleasant Valley State Prison
Facility D3/109 Upper
P.O. Box 8500
Coalinga, CA 93210

Dated: August 11, 2010

　　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk

　　　　　　　　　　　　　　　　　　By: Barbara Espinoza, Deputy Clerk