IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHRISTIAN L. LINDBLAD, | ) | |
| Plaintiff(s), | ) | No. C 09-3839 CRB (PR) |
| v. | ) | ORDER |
| A. HEDGPETH, Warden, et al., | ) | |
| Defendant(s). | ) | |

Defendants have filed a motion to dismiss the First Amended Complaint (FAC) for failure to state a claim upon which relief may be granted. Plaintiff shall file an opposition, or notice of non-opposition, by no later than January 10, 2011 and defendants shall file a reply to any opposition within 15 days thereafter.

The hearing set for January 21, 2011 is VACATED. The motion will be deemed submitted as of the date the reply is due. (No other dispositive motion is due by defendants at this time.)

SO ORDERED.

DATED: Dec. 15, 2010

CHARLES R. BREYER
United States District Judge